**MCGUIREWOODS LLP**
Sabrina A. Beldner, Esq. (SBN 221918)
    Email: sbeldner@mcguirewoods.com
Amy Beverlin, Esq. (SBN 284745)
    Email: abeverlin@mcguirewoods.com
1800 Century Park East, 7th Floor
Los Angeles, CA 90067
Tel:   (310) 315-8200
Fax:   (310) 315-8210

Attorneys for Defendant
AUTISM SPECTRUM THERAPIES, LLC

Darren M. Cohen, Esq. (SBN 221938)
    Email: dcohen@kingsleykingsley.com
**KINGSLEY & KINGSLEY, APC**
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel:   (818) 990-8300
Fax:   (818) 990-2903

Attorneys for Plaintiff
GREGORY DURHAM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DURHAM, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AUTISM SPECTRUM THERAPIES, LLC; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-07684-TJH-JCx<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO LOS ANGELES COUNTY SUPERIOR COURT [45]**<br><br>[JS-6] |

148664422.1

**ORDER**

# ORDER

Having reviewed the Parties' Joint Stipulation to Remand Action to Los Angeles County Superior Court ("Joint Stipulation"), and good cause appearing for the same, the Joint Stipulation shall be and hereby is GRANTED as follows:

1. This case shall be and hereby is remanded to the Los Angeles County Superior Court for further proceedings on approval of the Parties' proposed class action settlement, without waiver or limitation of Defendants' right to re-remove the action to federal court if such settlement is not approved; and

2. The Parties shall each bear their own attorneys' fees and costs with respect to the removal and subsequent remand of this action.

**IT IS SO ORDERED.**

Dated: AUGUST 12, 2021

_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE